# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BE Labs, Inc.,<br><br>              Plaintiff,<br><br>            v.<br><br>Tenda Technology, Inc.,<br><br>              Defendant. | Case No. 2:19-cv-2639-JAK-AS<br><br>**ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE (DKT. 30)**<br><br>**JS-6** |

Based on a review of the Stipulation of Dismissal with Prejudice (the "Stipulation" (Dkt. 30)), the Court finds good cause to **GRANT** the Stipulation. The above-captioned case is dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

Dated: November 20, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE